IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

MILLER MUNJAS,                                    )          CIVIL ACTION NO. 1:26-cv-00087-JDA
                                                  )
        Plaintiff,                                )
                                                  )          MAGISTRATE JUDGE JENNIFER
v.                                                )          DOWDELL ARMSTRONG
                                                  )
FRANK BISIGNANO, COMMISSIONER                     )
OF SOCIAL                                         )
                                                  )
SECURITY,                                         )
                                                  )
        Defendant.

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having

been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further

administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act,

42 U.S.C. § 405(g). *See Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir.

2026).  This case is being remanded on the merits to allow the Administrative Law Judge to

further consider the opinion evidence in accordance with the provisions of 20 C.F.R.

§ 404.1520c. On remand, the ALJ will further consider the Plaintiff's claim, take any further

action necessary to complete the administrative record, including offering Plaintiff the

opportunity for a hearing, and issuing another decision.


Date:   7/16/2026                          Entered:   *s/Jennifer Dowdell Armstrong*
                                                      JENNIFER DOWDELL ARMSTRONG
                                                      U.S. MAGISTRATE JUDGE